Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Ph. 949-683-5411 fax 949-766-7603

Pro se plaintiff



# IN THE US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DR. ORLY TAITZ, ESQ, PLAINTIFF** | ) CASE # SACV-12-1092 DMG (JC) |
| V | ) ASSIGNED TO |
| **KATHLEEN SEBELIUS** | ) TRIAL SCHEDULED ON |
| **IN HER CAPACITY OF SECRETARY OF** | ) VIOLATION OF 14TH AMENDMENT |
| **HEALTH AND HUMAN SERVICES,** | ) EQUAL PROTECTION RIGHTS, |
| **BARACK HUSSEIN OBAMA,** | ) ESTABLISHMENT  CLAUSE |
| **IN HIS CAPACITY OF THE SIGNOR OF THE HR3590 PPACA,** | ) ARTICLE 2, SEC 1 OF COSTITUTION |
| | ) INJUNCTIVE RELIEF, STAY |
| **NANCY PELOSI, IN HER CAPACITY** | ) DECLARATORY RELIEF |
| **OF THE CHAIRWOMAN OF THE 2008** | ) RICO, PREDECATE CRIMES: |
| **DEMOCRATIC NATIONAL CONVENTION** | ) FRAUD, AIDING AND ABETTING |
| **AND SIGNOR OF THE CERTIFICATE** | ) FORGERY AND UTTERING OF FORGED |

| | |
|---|---|
| OF NOMINATION FOR CANDIDATE | ) DOCUMENTS TO COMMIT ELECTIONS |
| FOR PRESIDENT OBAMA, | ) FRAUD |
| BRIAN SCHATZ, LYNN MATUSOW | ) 7TH AMENDMENT JURY DEMANDED |
| IN THEIR CAPACITY AS 2008 | |
| CHAIRMAN AND SECRETARY | |
| OF THE DEMOCRATIC PARTY | |
| OF HAWAII AND SIGNORS OF THE, | |
| CERTIFICATE OF CANDIDATE FOR | |
| PRESIDENT FOR BARACK OBAMA; | |
| ALVIN ONAKA, IN HIS CAPACITY | |
| AS THE REGISTRAR OF THE | |
| HEALTH DEPARTMENT OF HAWAII, | |
| MICHAEL ASTRUE, IN HIS CAPACITY AS THE | |
| COMMISSIONER OF SSA, ERIC HOLDER IN HIS | |
| CAPACITY AS ATTORNEY GENERAL OF THE USA, | |
| WILLIAM A. CHATFIELD, IN HIS CAPACITY AS THE | |
| IMMEDIATE PAST DIRECTOR OF THE SELECTIVE | |
| SERVICE, ALICE TRAVIS GERMOND IN HER CAPACITY | |
| AS A SECRETARY OF THE 2008 DEMOCRATIC | |
| NOMINATING CONVENTION | |
| OBAMA FOR AMERICA | |
| JOHN DOES AND JANE DOES 1-10, | |

**DEFENDANTS.**

# NOTICE OF MOTION AND MOTION

## MOTION FOR JUDGE GEE TO RECUSE HERSELF AND HAVE THE CASE REASSIGNED TO A JUDGE, WHO WAS NOT APPOINTED BY BARACK OBAMA AND WHO IS LOCATED IN THE SOUTHERN DIVISION OF THE CENTRAL DISTRICT OF CA

**To all parties in the case, you are notified that on Friday, August 10, 2012, 9:30 am, at Courtroom 7, U.S. District Court for the Central District of California, Western Division, 312 North Spring street, Los Angeles, CA 90012   Plaintiff will argue her motion for Honorable Judge Dolly Gee to recuse herself as a Presiding Judge in the case of Taitz v Sebelius et al.**

## ARGUMENT

Under 28 U.S.C. §455(a), a justice, judge, or magistrate of the United States is required to recuse himself 'in any proceeding in which his impartiality might reasonably be questioned'. In addition, 28 U.S.C. 544 (b) (1) states that the judge should recuse himself: "Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding". Furthermore U.S.C. 455 (b)(5)(iii) provides that the judge should recuse if: "Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding".

heavy traffic, when the case can be heard in the Southern Division in Santa Ana, where it was filed and where there are plenty of federal judges, who can hear this Complaint.

## CONCLUSION

Based on conflict of interest of Judge Gee being an Obama appointee and the case challenging legitimacy of Obama due to his use of forged identification papers, Plaintiff respectfully requests judge Gee to recuse herself as a judge in this case and have the case reassigned to a judge, who was not appointed by Obama and does not have an inherent conflict of interest, and who is located in the Southern Division of the Central District of California.

Respectfully submitted,

Dr. Orly Taitz, ESQ

07.05.2012