Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Ph. 949-683-5411 fax 949-766-7603

Pro se plaintiff

## IN THE US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PLAINTIFF <br> V <br> KATHLEEN SEBELIUS <br> IN HER CAPACITY OF SECRETARY OF <br> HEALTH AND HUMAN SERVICES, <br> et al. <br>     DEFENDANTS | ) CASE # SACV-12-1092 DMG (JC) <br> ) ASSIGNED TO <br> ) TRIAL SCHEDULED ON <br> ) VIOLATION OF 14TH AMENDMENT <br> ) EQUAL PROTECTION RIGHTS, <br> ) ESTABLISHMENT  CLAUSE <br> ) ARTICLE 2, SEC 1 OF COSTITUTION <br> ) INJUNCTIVE RELIEF, STAY <br> ) DECLARATORY RELIEF <br> ) RICO, PREDECATE CRIMES: <br> ) FRAUD, AIDING AND ABETTING <br> ) FORGERY AND UTTERING OF FORGED <br> ) DOCUMENTS TO COMMIT ELECTIONS <br> ) FRAUD <br> ) 7TH AMENDMENT JURY DEMANDED |

### REPLY TO ORDER TO JUSTIFY VENUE

## BACKGROUND

The case <u>Taitz v Sebelius et al</u> was filed in The United States District Court Central District of California on July 5, 2012. The Complaint challenges the constitutionally of the Patient Protection and Affordable Act 26 USC §5000A. On July 13, 2012, the Court ordered to prove venue for filing the case in Central District of California.

## PERTINENT LAW IN SUPPORT OF VENUE

28 USC §1331 provides that District Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

28 USC §11391 establishes and governs the proper venue for filing the Complaint in District Court of United States in general and for the cases where Defendant is Officer or Employee of the United States.

Central District of California is a proper venue based on 28 USC §1391 (e)(1)(c) which states:

e) Actions Where Defendant Is Officer or Employee of the United States.—
(1) In general.— A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which

(A) a defendant in the action resides,
(B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or
(C) the plaintiff resides if no real property is involved in the action. Additional persons may be joined as parties to any such action in accordance with the Federal Rules of Civil Procedure and with such other venue requirements as would be applicable if the United States or one of its officers, employees, or agencies were not a party.

Plaintiff asserts that 28 USC §1391 (e)(1)(c) governs this case due to the fact that Defendants in the case are Officers or Employees of the Unites States, no real property is involved in the action, and the Plaintiff resides in the Central District of California.

WHEREFORE, for the reasons set above, the venue is proper and the case was properly filed in US District Court Central District of California.

In addition, Plaintiff filed a motion to move the case to the Southern Division for the US District Court Central District of California due to the fact the case was improperly moved from the Southern Division to the Central Division, which is scheduled to be heard on August 10, 2012.

It will constitute an error and abuse of judicial discretion to dismiss this case, as this case was filed in proper jurisdiction and proper venue.

Respectfully submitted,

by /s/<u>Dr. Orly Taitz, ESQ</u>

Dr. Orly Taitz ESQ, Plaintiff Pro Se

07.18.2012

## Certificate of service

I, Yulia Yun, am over 18 years old, not a party to this case and I attest that I served a true and correct copy of above pleadings on all the parties in this case at their respective addresses by first class mail.

The US Attorney's Office
Central District of California
411 West Fourth Street
Santa Ana, California 92701

Nancy Pelosi
Democratic Party Headquarters
430 South Capitol St. SE
Washington DC, 2003

Brian Schatz
1050 Ala Monana Blvd. #2660
Honolulu, HI 96814

Lynne Matusow
1050 Ala Monana Blvd. #2660
Honolulu, HI 96814

Alvin Onaka
Department of attorney General
425 Queen Street
Honolulu, HI 96813

Alice Travis Germond
Democratic Party Headquarters
430 South Capitol St. SE
Washington DC, 2003

"Obama for America"
P.O. Box 803638,
Chicago, IL, 60680


Yulia Yun

July 18, 2012