Dr. Orly Taitz, ESQ
29839 Santa Margarita, ste 100
Rancho Santa Margarita, CA 92688
Ph. 949-683-5411 fax 949-766-7603
Pro se plaintiff

## IN THE US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PLAINTIFF<br>V<br>KATHLEEN SEBELIUS<br>IN HER CAPACITY OF SECRETARY OF<br>HEALTH AND HUMAN SERVICES,<br>et al.<br>DEFENDANTS | ) CASE # SACV-12-1092 DMG (JC)<br>) ASSIGNED TO<br>) TRIAL SCHEDULED ON<br>) VIOLATION OF 14TH AMENDMENT<br>) EQUAL PROTECTION RIGHTS,<br>) ESTABLISHMENT CLAUSE<br>) ARTICLE 2, SEC 1 OF COSTITUTION<br>) INJUNCTIVE RELIEF, STAY<br>) DECLARATORY RELIEF<br>) RICO, PREDECATE CRIMES:<br>) FRAUD, AIDING AND ABETTING<br>) FORGERY AND UTTERING OF FORGED<br>) DOCUMENTS TO COMMIT ELECTIONS<br>) FRAUD<br>) 7TH AMENDMENT JURY DEMANDED |

### Miscellaneous Notification

Plaintiff herein, Dr. Orly Taitz ESQ is a licensed attorney in the State of California and would like electronic notifications instead of notifications by mail.

by /s/Dr. Orly Taitz, ESQ
Dr. Orly Taitz ESQ, Plaintiff Pro Se

July 19, 2012