*Received by Linda Bennett*
*Legal Assistant @ 4:30 p.m.*
*7/5/12*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California

Dr. Orly Taitz ESQ.  )
　　Plaintiff　　　　　)
　　v.　　　　　　　　 )　Civil Action No. SACV12-01092 DMG (JC)
Kathleen Sebelius *in her capacity of* )
*Secretary of Health and Human Services,* )
*( see attached )* Defendants )

Summons in a Civil Action

To: *(Defendant's name and address)*

**RECEIVED**
JUL 05 2012
U.S. ATTORNEY
SANTA ANA

A lawsuit has been filed against you.

　　Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy, Suite 100
Rancho Santa Margarita, CA 92688

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　Dwayne Roberts
　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

　　　　　　　　　　　　　　　　　　　　　　　　　　Dwayne Roberts
Date:　07/05/2012　　　　　　　　　　　　　　　　　Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

7012 0470 0000 5050 9842

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.40 |

Postmark Here: 7-6-12

Sent To: Obama For America
Street, Apt. No.; or PO Box No.: PO Box 803638
City, State, ZIP+4: Chicago IL, 60680

PS Form 3800, August 2006 — See Reverse for Instructions

7012 0470 0000 5050 9835

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 13.35 |

Postmark Here: 7-6-12

Sent To: Alice Travis Germond
Street, Apt. No.; or PO Box No.: 430 South Capitol St. SE
City, State, ZIP+4: Washington DC 20003

PS Form 3800, August 2006 — See Reverse for Instructions

7010 1670 0001 8822 1187

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 13.35 |

Postmark Here

Sent To: Lynne Matusow
Street, Apt. No.; or PO Box No.: 1050 Ala Moana Blvd
City, State, ZIP+4: Honolulu, HI 96814 #2660

PS Form 3800, August 2006 — See Reverse for Instructions

7010 1670 0001 8822 1163

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 13.35 |

Postmark Here

Sent To: Nancy Pelosi
Street, Apt. No.; or PO Box No.: 430 South Capitol st SE
City, State, ZIP+4: Washington DC 20003

PS Form 3800, August 2006 — See Reverse for Instructions

7010 1670 0001 8822 1194

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 13.35 |

Postmark Here: 7-6-12

Sent To: Dept. of the Attorney General
Street, Apt. No.; or PO Box No.: 425 Queen St
City, State, ZIP+4: Honolulu, HI [illegible]

7010 1670 0001 8822 1170

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 13.35 |

Postmark Here

Sent To: Brian Schatz
Street, Apt. No.; or PO Box No.: 1050 Ala Moana Blvd

English    Customer Service    USPS Mobile                                              Register / Sign In

**USPS.COM**                                                        Search USPS.com or Track Packages

Quick Tools       Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70120470000050509835 | | Delivered | July 11, 2012, 11:10 am | WASHINGTON, DC 20003 | Certified Mail™ |
| Show Details | | | | | |
| 70120470000050509842 | | Delivered | July 16, 2012, 11:19 am | CHICAGO, IL 60680 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221163 | | Delivered | July 11, 2012, 11:10 am | WASHINGTON, DC 20003 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221187 | | Delivered | July 12, 2012, 2:35 pm | HONOLULU, HI 96814 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221170 | | Delivered | July 12, 2012, 2:35 pm | HONOLULU, HI 96814 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221194 | | Delivered | July 12, 2012, 8:51 am | HONOLULU, HI 96813 | Certified Mail™ |
| Show Details | | | | | |

GET EMAIL UPDATES    PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.