Dr. Orly Taitz, ESQ
29839 Santa Margarita, ste 100
Rancho Santa Margarita, CA 92688
Ph. 949-683-5411 fax 949-766-7603
Pro se plaintiff

# IN THE US DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KATHLEEN SEBELIUS,<br>In her capacity of Secretary of<br>Health and Human Services et.al.<br>　　　　Defendant. | Case No.: **SACV-12-1092 DMG (JC)**<br><br>VIOLATION OF 14TH AMENDMENT EQUAL PROTECTION RIGHTS, ESTABLISHMENT CLAUSE ARTICLE 2 SEC 1 OF COSTITUTION INJUNCTIVE RELIEF, STAY DECLARATORY RELIEF RICO, PREDECATE CRIMES: FRAUD, AIDING AND ABETTING FORGERY AND UTTERING OF FORGED DOCUMENTS TO COMMIT ELECTIONS FRAUD<br><br>7TH AMENDMENT JURY DEMANDED |

## PROOF OF SERVICE

Plaintiff Taitz provides herein proof of receipt of the complaint and summons on all of the Defendants.

Proof of receipt of pleadings　　　　　　　　　　　1

Receipt from the U.S. Attorneys' office and from the U.S. mail are attached

*Taitz*

/s/ Taitz

08.14.2012

*Received by Linda Bennett*
*Legal Assistant @ 4:30 p.m*
*7/5/12*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Dr. Orly Taitz ESQ. <br> Plaintiff <br> v. <br> Kathleen Sebelius *in her capacity of Secretary of Health and Human Services,* (see attached) Defendants | Civil Action No. SACV12-01092 DMG (JC) |

Summons in a Civil Action

To: *(Defendant's name and address)*

**RECEIVED**

**JUL 05 2012**

**U.S. ATTORNEY**
**SANTA ANA**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy, Suite 100
Rancho Santa Margarita, CA 92688

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dwayne Roberts
Name of clerk of court

Date: 07/05/2012

Dwayne Roberts
Deputy clerk's signature

1146

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Receipt 1** (7012 0470 0000 5050 9842)
- Postmark: 7-6-12
- Total Postage & Fees: $12.40
- Sent To: Obama for America
- PO Box 803638
- Chicago IL, 60680

**Receipt 2** (7012 0470 0000 5050 9835)
- Postmark: 7-6-12
- Total Postage & Fees: $13.35
- Sent To: Alice Travis Germond
- 430 South Capitol St. SE
- Washington DC 20003

**Receipt 3** (7010 1670 0001 8822 1187)
- Total Postage & Fees: $13.35
- Sent To: Lynne Matusow
- 1050 Ala Moana Blvd
- Honolulu, HI 96814  #2660

**Receipt 4** (7010 1670 0001 8822 1163)
- Total Postage & Fees: $13.35
- Sent To: Nancy Pelosi
- 430 South Capitol St SE
- Washington DC 20003

**Receipt 5** (7010 1670 0001 8822 1194)
- Postmark: 7-6-12
- Total Postage & Fees: $13.35
- Sent To: Dept. of the Attorney General
- 425 Queen St.
- Honolulu, HI [illegible]

**Receipt 6** (7010 1670 0001 8822 1170)
- Total Postage & Fees: $13.35
- Sent To: Brian Schatz
- 1050 Ala Moana Blvd

English    Customer Service    USPS Mobile                                                                Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools         Ship a Package         Send Mail         Manage Your Mail         Shop         Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70120470000050509835 | | Delivered | July 11, 2012, 11:10 am | WASHINGTON, DC 20003 | Certified Mail™ |
| Show Details | | | | | |
| 70120470000050509842 | | Delivered | July 16, 2012, 11:19 am | CHICAGO, IL 60680 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221163 | | Delivered | July 11, 2012, 11:10 am | WASHINGTON, DC 20003 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221187 | | Delivered | July 12, 2012, 2:35 pm | HONOLULU, HI 96814 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221170 | | Delivered | July 12, 2012, 2:35 pm | HONOLULU, HI 96814 | Certified Mail™ |
| Show Details | | | | | |
| 70101670000188221194 | | Delivered | July 12, 2012, 8:51 am | HONOLULU, HI 96813 | Certified Mail™ |
| Show Details | | | | | |

GET EMAIL UPDATES    PRINT DETAILS

**Check on Another Item**
What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.