JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN SEBELIUS, et al., <br><br> Defendants. | Case No. SACV 12-1092 DMG(JC) <br><br><br> JUDGMENT |

IT IS ADJUDGED that this action is dismissed without prejudice for lack of venue.

DATED: August 16, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE